# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) |
| | ) Case No. 1:07CR00019 |
| | ) |
| v. | ) |
| | ) **FINAL ORDER** |
| | ) |
| **JOEY FRANKLIN PHILLIPS**, | ) By: James P. Jones |
| | ) Chief United States District Judge |
| Defendant. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is

**ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby DENIED.

Based on the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a Certificate of Appealability is DENIED.

ENTER: October 22, 2009

/s/ JAMES P. JONES
Chief United States District Judge